

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| In the Matter of the Estate of Jose Casares, Deceased, | § | No. 08-17-00057-CV |
|  | § | Appeal from the |
| Appellant. | § | Probate Court No. 1 |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2010-P00681) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **January 23, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before January 23, 2018.

IT IS SO ORDERED this 28th day of December, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.